United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAGEB Y. HUSSAIN,

Plaintiff,

v.

TOYOTA OF SAN FRANCISCO (SAN FRANCISCO), et al.,

Defendants.

Case No. 4:26-cv-03239-KAW

**ORDER TO SHOW CAUSE FOR FAILURE TO PAY FILING FEE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 7

Plaintiff filed this civil action and an application to proceed in forma pauperis ("IFP"). On April 20, 2026, the Court denied the initial IFP application as incomplete, and Plaintiff was ordered to file an amended IFP application or pay the filing fee. (Dkt. No. 5.) Plaintiff filed an amended IFP, which was denied on June 5, 2026, and he was ordered to pay the filing fee by June 30, 2026. (Dkt. No. 7.) To date, the filing fee has not been paid.

Accordingly, the Court ORDERS Plaintiff to show cause, by **August 13, 2026**, why the case should not be dismissed for failure to pay the filing fee. In responding, Plaintiff must explain why he did not timely pay the filing fee as ordered. Additionally, by **August 13, 2026**, Plaintiff is ordered to pay the filing fee. Failure to respond to this order to show cause and pay the filing fee by the deadline may result in the Court reassigning this case to a district judge with the recommendation that it be dismissed for failure to pay the filing fee.

Finally, the Court continues the July 28, 2026 case management conference to November 10, 2026 at 1:30 PM via videoconference. The joint case management statement is due on or before November 3, 2026.

IT IS SO ORDERED.

Dated: July 17, 2026

KANDIS A. WESTMORE
United States Magistrate Judge